LINDNER BROTHERS, INC., D. B. A. UNITED DAIRY FARMERS, APPELLANT, *v.* KOSYDAR, TAX COMMR., APPELLEE. AMERICAN FINANCIAL LEASING & SERVICES CO., APPELLANT, *v.* KOSYDAR, TAX COMMR., APPELLEE.

[Cite as Lindner Bros. v. Kosydar (1976), 46 Ohio St. 2d 162.]

(Nos. 75-1043 and 75-1044—Decided May 5, 1976.)

*Messrs. Keating, Muething & Klekamp, Mr. Joseph P. Rouse* and *Mr. W. Bruce Lunsford,* for appellants.

*Mr. William J. Brown,* attorney general, and *Mr. John C. Duffy, Jr.,* for appellee.

*Per Curiam.* These cases are appeals from decisions of the Board of Tax Appeals affirming a sales and use tax assessment levied against Lindner Brothers, Inc., D. B. A. United Dairy Farmers, and a sales tax assessment levied against American Financial Leasing & Services Co.

A thorough review of the records herein reveals that the activities involved here (primarily integrated data processing services and programming) are substantially identical to the activities considered by this court in *Citizens Financial Corp.*v. *Kosydar* (1975), 43 Ohio St. 2d 148, 331 N. E. 2d 435.

As such, the decisions of the Board of Tax Appeals in these cases are affirmed. *Citizens Financial Corp.* v. *Kosydar, supra*; *Federated Department Stores* v. *Kosydar* (1976), 45 Ohio St. 2d 1, 340 N. E. 2d 840; *Accountant's Computer Services* v. *Kosydar* (1973), 35 Ohio St. 2d 120, 298 N. E. 2d 519.

*Decisions affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN and CELEBREZZE, JJ., concur.

WILLIAM B. BROWN, J., dissents for the reasons stated by Justice PAUL W. BROWN, in his dissenting opinion in *Citizens Financial Corp.* v. *Kosydar* (1975), 43 Ohio St. 2d 148 at 151.

PAUL W. BROWN, J., dissents for the reasons stated in his dissenting opinions in *United States Shoe Corp.* v. *Kosydar* (1975), 41 Ohio St. 2d 68 at 77, and *Citizens Financial Corp.* v. *Kosydar* (1975), 43 Ohio St. 2d 148 at 151.